MONTGOMERY *v.* HAMILTON ET AL.*

From the Shelby Common Pleas.

*K. M. Hord* and *A. Blair*, for appellant.

*S. Major* and *A. Major*, for appellees.

PETTIT, C. J.—The submission in this case is set aside for not complying with rule 19, in not numbering the lines of the pages of the transcript.

We suggest to counsel that they might improve their briefs by a better chirography and plainer, fuller, and more accurate reference to authorities.

\* November term, 1872.